COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-319-CV

DARRELL FULLER, JR. AND APPELLANTS

CARLA FULLER

V.

SILVER CREEK HOMES, INC. APPELLEE

----------

FROM THE 30
TH
 DISTRICT COURT OF WICHITA COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellants shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

         DELIVERED: November 26, 2003  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.